IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| DIANA M. NICELY | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * CAL12-32537 |
| SAFEWAY INC. | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER OF COURT

**The Above-Captioned Matter** came before the Court for a pretrial conference on July 29, 2013, with all counsel present. After review of the file and discussion with counsel, the Court determined the case should be designated as a Track 5T, thereby it is this 19th day of August, 2013, by the Circuit Court for Prince George's County, Maryland, hereby

**ORDERED**, that the above captioned case, currently on a Civil Track 1 schedule is removed from a Track 1 schedule and designated as a Track 5T case; and it is

**ORDERED**, that the parties shall confer and agree upon dates to be set forth in a scheduling order including the trial date of November 18-21, 2013 at 8:45 a.m. and the ADR date of September 30, 2013 at 10:30 a.m.; and it is

**ORDERED**, that the parties shall submit a proposed scheduling order within 28 days from the date of this order or otherwise appear for a status conference on September 20, 2013 at

9 a.m. to show cause why a proposed scheduling order has not been submitted.

_____
**CRYSTAL DIXON MITTELSTAEDT, Judge**

Copies mailed by the Court to:

Office of Calendar Management

John B. Stolarz, Esquire
6509 York Road
Baltimore, Maryland 21212

Andrea Leahy-Fucheck, Esquire
Steven C. DeSmet, Esquire
11785 Beltsville Drive, Suite 900
Calverton, Maryland 20705

_____ August 22, 2013
Lisa A. Rivera, Executive Administrative Aide
Chambers of the Hon. Crystal Dixon Mittelstaedt